# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MELANIE DIANNE CHAMBERLAIN                                         PLAINTIFF

No. 3:12-CV-224-JTR

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                     DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 15th day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE